# United States District Court
# Western District of North Carolina
# Asheville Division

| David Taylor, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:14-cv-00306-MR-DLH |
| vs. | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 10, 2015 Order.

June 10, 2015

Frank G. Johns, Clerk
United States District Court